COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 02-11-00232-CV**

ELIBERTO R. AGUILAR                                                    APPELLANT

V.

AMAR TANNA                                                              APPELLEE

-----------

FROM COUNTY COURT AT LAW NO. 3 OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered "Appellant's Motion For Voluntary Dismissal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

---

[1]*See* Tex. R. App. P. 47.4.

DELIVERED:  December 22, 2011